# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CR-095-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| XAVER MONTEZ BOSTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Withdraw As Counsel" (Document No. 13) filed March 30, 2018. Having carefully considered the motion and the record, and noting Plaintiff's counsel does not oppose the motion, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Unopposed Motion To Withdraw As Counsel" (Document No. 13) is **GRANTED**. Mr. Adolf shall ensure that Defendant understands the general reason for this action.

**IT IS FURTHER ORDERED** that the Federal Defender's Office shall appoint new counsel for Defendant as soon as possible.

**SO ORDERED**.

Signed: April 2, 2018

David C. Keesler
United States Magistrate Judge