IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CR-095-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| XAVER MONTEZ BOSTON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Seal Motion In Limine" (Document No. 58) filed October 1, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Motion in Limine contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Seal Motion In Limine" (Document No. 58) is **GRANTED**, and the "Government's Motion In Limine To Preclude Introduction Of Irrelevant Information" (Document No. 59) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: October 2, 2018

David C. Keesler
United States Magistrate Judge