# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) DOCKET NO.: 3:18-CR-095-RJC-DCK |
| v. | ) **ORDER** |
| XAVER MONTEZ BOSTON, | ) |
| Defendant | ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Seal" (Document No. 105) filed March 17, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 105) is **GRANTED**, and the "Defendant's Sentencing Memorandum And Motion For Variance" (Document No. 104) is sealed until further Order of this Court.

**SO ORDERED.**

Signed: March 20, 2020

David C. Keesler
United States Magistrate Judge